UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALSHIEX LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission; and NEW YORK STATE GAMING COMMISSION,<br><br>*Defendants*. | Case No.: 1:25-cv-08846<br><br>Judge _____<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |

Upon the declarations of Karen Wong and Xavier Sottile, sworn to the 27th day of October, 2025, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, and the copy of the complaint hereto annexed, it is

ORDERED, that the above-named defendants show cause before this Court, at Room \_\_\_\_, United States Courthouse, _____, in the City, County, and State of New York, on _____, at _____, or as soon thereafter as counsel may be heard, why an

i

order should not be issued for an preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Robert Williams, Brian O'Dwyer, John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr., Marissa Shorenstein, Jerry Skurnik, and the New York State Gaming Commission, from enforcing or taking any action to prompt others to enforce preempted state laws, including, but limited to, N.Y. Rac. Peri-Mut. Wag. & Breed. Law §§ 104, 1367 and N.Y. Penal Law §§ 225.00 *et seq*., against plaintiff during the pendency of this action; and it is further

    ORDERED, that sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, defendants are temporarily restrained from enforcing preempted state laws against plaintiff; and it is further

    ORDERED that security in the amount of $_____ be posted by the plaintiff prior to _____, at _____ of that day; and it is further

    ORDERED that personal service of a copy of this order and annexed declaration upon the defendants or their counsel on or before _____, _____, shall be deemed good and sufficient service thereof.

Dated:    October __, 2025 at ___ _.m.
              New York, New York

                                                                                      _____
                                                                                 United States District Judge