```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/28/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALSHIEX LLC,

                                      Plaintiff,

-against-

ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission; and the NEW YORK STATE GAMING COMMISSION,

                                      Defendants.

1:25-cv-08846-AT

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for KalshiEX LLC ("Plaintiff") and for Robert Williams, Brian O'Dwyer, John A. Crotty, Sylvia B. Hamer, Martin J. Mack, Peter J. Moschetti, Jr., Marissa Shorenstein, Jerry Skurnik, and the New York State Gaming Commission (collectively "Defendants") in the above-captioned matter, as follows:

1.     Defendants' time to respond to Plaintiff's Order To Show Cause For Preliminary Injunction And Temporary Restraining Order (ECF Dkt No. 15) ("OTSC") is hereby extended to Wednesday, November 26, 2025.

2. Plaintiff's reply in further support of the OTSC is due on Monday, December 15, 2025.

3. Defendants reserve the right to raise any and all applicable defenses, including any jurisdictional defenses.

4. Defendants will refrain from undertaking enforcement action against Plaintiff regarding any conduct described in the Cease and Desist Letter dated October 24, 2025 and filed as ECF No. 17-1 pending the Court's disposition of Plaintiff's OTSC.

5. The parties request oral argument on the OTSC.

6. A faxed, .pdf or electronic signature on this stipulation shall be deemed an original.

Dated: New York, New York
October 28, 2025

GRANT R. MAINLAND
Milbank LLP
*Attorney for Plaintiff*

By: [signature]

GRANT R. MAINLAND
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000
GMainland@milbank.com

Dated: New York, New York
October 28, 2025

LETITIA JAMES
Attorney General
State of New York
*Attorney for Respondents*

By: [signature]

KATHERINE RHODES JANOFSKY
Assistant Attorney General
28 Liberty Street, New York, NY 10005
(212) 416-8621
Katherine.Janofsky@ag.ny.gov

SO ORDERED:

_____
ANALISA TORRES
United States District Judge

Dated: October 28, 2025
       New York, New York

2