```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025
```

**Office of the New York State Attorney General**　　　　　　　　　　　**Letitia James Attorney General**

November 17, 2025

**By ECF**
The Hon. Analisa Torres
United State District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *KalshiEx LLC v. Williams et al.*
             No. 25-cv-08846

Dear Judge Torres:

      This Office represents Defendants New York State Gaming Commission ("Commission"); Robert Williams, in his official capacity as Executive Director of the Commission; Brian O'Dwyer, in his official capacity as Chair and Commissioner of the Commission; Peter J. Moschetti, Jr., in his official capacity as Vice Chair and Commissioner of the Commission; John A. Crotty, Syliva B. Hamer, Martin J. Mack, Marissa Shorenstein, and Jerry Skurnik, each in their official capacity as Commissioner of the Commission (collectively, the "Defendants"). Defendants write to respectfully request that the Court extend their deadline to respond to Plaintiff's Complaint from December 29, 2025, to 30 days after the Court rules on Plaintiff's motion for a preliminary injunction. Plaintiff does not oppose the request, and there have been no previous requests for an extension of this deadline.

      The outcome of Plaintiff's motion for a preliminary injunction will undoubtedly inform how the Defendants respond to the Complaint. We therefore respectfully request that the deadline for Defendants' response to the Complaint be adjourned from its current date to 30 days after the issuance of a decision on Plaintiff's motion for a preliminary injunction.

      Defendants thank the Court for its attention to this matter.

Sincerely,

*/s/ Zachary Manley*
ZACHARY MANLEY
Assistant Attorney General
28 Liberty Street, New York, NY 10005
212-416-6690
Zachary.Manley@ag.ny.gov

GRANTED.

SO ORDERED.

Dated: November 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge