

Office of the New York State
Attorney General

Letitia James
Attorney General

November 26, 2025

**By ECF**
The Hon. Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *KalshiEx LLC v. Williams et al.*
              No. 25-cv-08846

Dear Judge Torres:

      This Office represents Defendants New York State Gaming Commission ("Commission"); Robert Williams, in his official capacity as Executive Director of the Commission; Brian O'Dwyer, in his official capacity as Chair and Commissioner of the Commission; Peter J. Moschetti, Jr., in his official capacity as Vice Chair and Commissioner of the Commission; John A. Crotty, Syliva B. Hamer, Martin J. Mack, Marissa Shorenstein, and Jerry Skurnik, each in their official capacity as Commissioner of the Commission (collectively, the "Defendants"). Pursuant to Section III(J) of the Court's Individual Practices, Defendants write to respectfully request that the Court hear oral argument on Plaintiff's motion for preliminary injunctive relief.

      As noted in Defendants' prior email to the Court dated November 4, 2025, this matter will be fully briefed on or before Monday, December 15, 2025, and Defendants therefore respectfully request this matter be heard the week of December 15. Plaintiff's counsel has no objection to this request. Plaintiff's counsel are "willing to appear at whatever time is convenient for the Court," and are "generally available" the week of December 15. Defendants' counsel will not be in New York City December 23-26 or December 29-January 2.

      Defendants thank the Court for its attention to this matter.

      Sincerely,

      /s/ *Katherine Rhodes Janofsky*
      KATHERINE RHODES JANOFSKY
      Assistant Attorney General
      28 Liberty Street, New York, NY 10005
      212-416-8621
      Katherine.Janofsky@ag.ny.gov

cc (by ECF): All counsel of record