UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALSHIEX LLC,

                           Plaintiff,

      -against-

ROBERT WILLIAMS, in his official capacity as
Executive Director of the New York State Gaming
Commission; BRIAN O'DWYER, in his official
capacity as Chair and Commissioner of the New
York State Gaming Commission; JOHN A.
CROTTY, in his official capacity as Commissioner
of the New York State Gaming Commission;
SYLVIA B. HAMER, in her official capacity as
Commissioner of the New York State Gaming
Commission; MARTIN J. MACK, in his official
capacity as Commissioner of the New York State
Gaming Commission; PETER J. MOSCHETTI,
JR., in his official capacity as Vice Chair and
Commissioner of the New York State Gaming
Commission; MARISSA SHORENSTEIN, in her
official capacity as Commissioner of the New York
State Gaming Commission; JERRY SKURNIK, in
his official capacity as Commissioner of the New
York State Gaming Commission; and the NEW
YORK STATE GAMING COMMISSION,

                           Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/4/2025

25 Civ. 8846 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter requesting a hearing on Plaintiff's pending motion for a preliminary and permanent injunction. ECF No. 54; *see also* Compl., ECF No. 1; Stipulation and Order at 2, ECF No. 34. A hearing is only required when relevant facts are in dispute. *See Charette v. Town of Oyster Bay*, 159 F.3d 749, 755 (2d Cir. 1998) ("An evidentiary hearing is not required when the relevant facts either are not in dispute . . . or when the disputed facts are amenable to complete resolution on a paper record.").

      Accordingly, by **December 8, 2025**, the parties shall file a joint letter detailing which facts relevant to Plaintiff's pending motion, if any, are in dispute. If the parties wish to argue only issues of law, they shall jointly define the issues for oral argument by **that same date**.

      SO ORDERED.

Dated: December 4, 2025
       New York, New York

                                    _____
                                       ANALISA TORRES
                                  United States District Judge