USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/15/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALSHIEX LLC,

                Plaintiff,

-against-

ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission; and the NEW YORK STATE GAMING COMMISSION,

                Defendants.

25 Civ. 8846 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties have requested oral argument on Plaintiff's pending motion for a preliminary and permanent injunction. *See* ECF No. 54; *see also* Compl., ECF No. 1; Mem., ECF No. 15; Stipulation and Order at 2, ECF No. 34. Because the "parties have conferred and agree that there are no relevant facts in dispute that necessitate an evidentiary hearing and disputed facts are amenable to complete resolution on a paper record," Joint Ltr. at 2, ECF No. 67, the parties' motion for oral argument is DENIED without prejudice.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 54.

    SO ORDERED.

Dated: December 15, 2025
         New York, New York

                                                      ANALISA TORRES
                                                   United States District Judge