

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

January 20, 2026

**By ECF**
The Hon. Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *KalshiEx LLC v. Williams et al.*
              No. 25-cv-08846

Dear Judge Torres:

    This Office represents Defendants New York State Gaming Commission ("Commission"); Robert Williams, in his official capacity as Executive Director of the Commission; Brian O'Dwyer, in his official capacity as Chair and Commissioner of the Commission; Peter J. Moschetti, Jr., in his official capacity as Vice Chair and Commissioner of the Commission; John A. Crotty, Syliva B. Hamer, Martin J. Mack, Marissa Shorenstein, and Jerry Skurnik, each in their official capacity as Commissioner of the Commission (collectively, the "Defendants").

    Defendants write to inform the Court of a post-submission decision and order in *Commonwealth of Massachusetts v. KalshiEx, LLC*, Civil Action No. 2584CV02525 (Mass. Super. Ct. Jan. 20, 2026). A copy of this decision and order is attached as Exhibit 1.

    Defendants thank the Court for its attention to this matter.

                                Sincerely,

                                */s/ Zachary Manley*
                                ZACHARY MANLEY
                                Assistant Attorney General
                                28 Liberty Street, New York, NY 10005
                                212-416-6690
                                Zachary.Manley@ag.ny.gov

cc (by ECF): All counsel of record