

**GRANT R. MAINLAND**
*Partner*
55 Hudson Yards | New York, NY 10001-2613
T: +1 (212) 530-5251
GMainland@milbank.com | milbank.com

February 5, 2026

**VIA ECF**

The Honorable Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *KalshiEX LLC v. Williams*, Case No. 1:25-cv-08846-AT

Dear Judge Torres:

I write on behalf of the Plaintiff, KalshiEX LLC.

Plaintiff writes to inform the Court that on January 29, 2026, CFTC Chaiman Michael Selig made public statements and remarks concerning the event contracts at issue here. Specifically of note, Chairman Selig directed the withdrawal of the 2025 "staff advisory" that Defendants filed as Exhibit 7 to the Declaration of Katherine Rhodes Janofsky in Support of Defendants' Opposition (ECF No. 53-7). He also directed the withdrawal of a 2024 rule proposal (never adopted) that would prohibit political and sports-related event contracts, and further directed CFTC staff to assess participation in this and related litigation to defend the CFTC's "exclusive jurisdiction."

Accordingly, on February 4, 2026, the CFTC withdrew the 2025 "staff advisory" and revoked the proposed rule. Press Release, CFTC, Release No. 9179-26: CFTC Withdraws Event Contracts Rule Proposal and Staff Sports Event Contracts Advisory (Feb. 4, 2026).

A copy of Chairman Selig's remarks is attached as Exhibit 1, and a copy of the CFTC's February 4, 2026 Press Release is attached as Exhibit 2.

Plaintiff thanks the Court for its attention to this matter.

Respectfully,

/s/ Grant R. Mainland

Grant R. Mainland

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO