

**Office of the New York State Attorney General**  **Letitia James Attorney General**

March 9, 2026

**By ECF**
The Hon. Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *KalshiEx LLC v. Williams et al.*
              No. 25-cv-08846

Dear Judge Torres:

    This Office represents the Defendants in this matter. Defendants write to inform the Court of a post-submission decision and order in *KalshiEx, LLC v. Matthew T. Schuler, et al.*, Case No. 2:25-cv-1165 (S.D. Ohio Mar. 9, 2026). A copy of this decision and order is attached as Exhibit 1.

    Defendants thank the Court for its attention to this matter.

                                Sincerely,

                                /s/ *Zachary Manley*
                                ZACHARY MANLEY
                                Assistant Attorney General
                                28 Liberty Street, New York, NY 10005
                                212-416-6690
                                Zachary.Manley@ag.ny.gov

cc (by ECF): All counsel of record