

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 10, 2026

**<u>By ECF</u>**
The Hon. Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    *KalshiEx LLC v. Williams et al.,* No. 25-cv-08846

Dear Judge Torres:

Defendants write in response to Plaintiff's notice of supplemental authority, ECF 94. Plaintiff's notice appends a post-submission opinion by the Third Circuit as well as complaints filed by non-party CFTC in three other federal district courts against other non-parties. As set forth below, Defendants request that the Court decline to consider certain materials or, alternatively, grant leave to Defendants to file additional materials and briefing in response thereto.

First, Defendants object to Plaintiff's filing of the CFTC's complaints (ECF Nos. 94-2, 94-3, 94-4) and ask that the Cout disregard these documents in their entirety. Similar to Defendants' prior outstanding objection to Plaintiff's filing of an amicus brief (ECF No. 92), legal arguments by a non-party set forth in complaints filed in other district courts are not legal authority or factual material relevant to this case. Plaintiff's filing of these non-party complaints is therefore entirely improper and amounts to a blatant attempt to supplement its own briefing without leave.[1] This is the *third* time Plaintiff has improperly filed statements by a non-party under the guise that they are "authoritative," in repeated violation of this Court's rules against filing sur-replies without leave, and the *fourth* time Plaintiff has attempted to submit exhibits in order to improperly supplement its papers.

If the Court were to consider the non-party materials to which Defendants object (ECF Nos 90-1, 90-2, 91-2, 94-2, 94-3, and 94-4), Defendants respectfully request leave to file a sur-reply in response thereto, as well as leave to have the similar opportunity to submit complaints and court filings from numerous relevant federal and state civil and criminal proceedings pending across the country, including, but not limited to *KalshiEx, LLC v. Assad et al.*, Case No. 25-7516 (9th Cir.) ECF 48.1 (amicus brief by 39 states and the District of Columbia); *State of Arizona v. KalshiEx LLC et al.*, Case No. CR2026-000173 (Ariz. Super. Ct.) (criminal charges filed); and *State of Washington v. KalshiEx, LLC*, Case No. 26-2-10264-3 SEA (Wash. Super. Ct.) Dkt. No. 1 (civil complaint).

---

[1] *See* Sur Reply, ECF 86 at 2, regarding ECF 79-1, 79-2; Letter Motion for Leave to File a Sur Reply, ECF 81 at 2 (same); ECF 90 and 91 (same).

Hon. Analisa Torres                                                                                          Page 2 of 2
April 10, 2026

  Second, while Defendants do not object to Plaintiff notifying the Court about a recent Third Circuit decision (ECF No. 91-1), the second and third paragraphs of Plaintiff's supplemental authority improperly characterize that decision and should be disregarded by the Court.

  Defendants thank the Court for its attention to this matter.

           Sincerely,

           /s/*Katherine Rhodes Janofsky*
           KATHERINE RHODES JANOFSKY
           Assistant Attorney General
           28 Liberty Street, New York, NY 10005
           212-416-8621
           Katherine.Janofsky@ag.ny.gov

cc (by ECF): All counsel of record