

**MATTHEW LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

May 15, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:     *KalshiEX LLC v. Williams et al.*, No. 25 Civ. 8846 (AT)

Dear Judge Torres:

We write briefly in response to Defendants' May 14, 2026 opposition to KalshiEX LLC's related case letter.

Defendants contend that filing a related case letter amounts to gamesmanship, but the parties, including Defendants, "***must*** bring to the attention of the court ***potentially*** related cases" and may be subject to sanctions for failing to do so.  L.R. 1.6 (emphasis added); *see also id.* 2024 Committee Note.  Prior to Kalshi's May 13, 2026 letter, the parties had not alerted Your Honor to the *CFTC*, *Coinbase*, and *Gemini* actions.  Defendants cannot credibly claim that those actions are not, at a minimum, potentially related under the Assignment Rules.  This action and the *CFTC* action are essentially identical, and the *Coinbase* and *Gemini* actions involve substantially similar transactions and legal issues involving the trading of event contracts on DCMs.  In other jurisdictions addressing parallel cases involving state officials concerning event contracts exactly like those at issue here, district courts have assigned the cases to the same judge or consolidated them.  *See, e.g.*, *KalshiEX LLC v. Arizona*, No. 26 Civ. 1715 (MTL) (D. Ariz.) (consolidating Kalshi action with later filed action brought by the United States and CFTC); *KalshiEX LLC v. Connecticut*, No. 25 Civ. 2016 (VDO) (D. Conn.) (assigning recently filed CFTC action to the same judge considering the earlier filed Kalshi action).

Defendants otherwise contend that Kalshi is attempting to disrupt the existing briefing schedule concerning potential remand of the *Coinbase* and *Gemini* actions.  This is nonsensical given that Kalshi has nothing to do with whether *Coinbase* and *Gemini* are remanded and its letter says nothing about altering briefing schedules.  Kalshi proposed that the parties ***confer*** about consolidation if the cases are deemed related.  Kalshi expects that the Court would want the parties to do exactly that before seeking consolidation.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Honorable Analisa Torres
May 15, 2026
Page 2

      In sum, Kalshi complied with its obligations under the Local Rules by filing a standard related case letter.  Defendants' overheated opposition appears to be designed to avoid the efficient administration of potentially related cases in this District.

Respectfully submitted,

Matthew Laroche

cc:    All Counsel of Record (via ECF)

4920-3940-8554v1