

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 17, 2026

**<u>By ECF</u>**
The Hon. Analisa Torres
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *KalshiEx LLC v. Williams et al.*
>        No. 25-cv-08846

Dear Judge Torres:

     This Office represents the Defendants in this matter.  Defendants write to inform the Court of a post-submission opinion and order in *QCX, LLC v. Nessel et al*, Case No. 26-cv-00710-PLM-PJG (W.D. Mich. June 17, 2026).  A copy of this decision and order is attached as Exhibit 1.

     Defendants thank the Court for its attention to this matter.

> Respectfully submitted,
>
> /s/ *Katherine Rhodes Janofsky*
> KATHERINE RHODES JANOFKY
> Assistant Attorney General
> 28 Liberty Street, New York, NY 10005
> 212-416-8621
> Katherine.Janofsky@ag.ny.gov

cc (by ECF): All counsel of record