# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALSHIEX LLC, | Case No.: 1:25-cv-08846-AT |
| *Plaintiff*, | **NOTICE OF APPEAL** |
| v. | |
| ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; and JERRY SKURNIK, in his official capacity as Commissioner of the New York State Gaming Commission, | |
| *Defendants*. | |

KalshiEX LLC appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order denying Plaintiff's Motion for Preliminary Injunction entered by the United States District Court for the Southern District of New York on July 7, 2026, Dkt. No. 106.

1

Dated: July 7, 2026
New York, New York

Respectfully submitted,

*/s/ Grant R. Mainland*

Grant R. Mainland
Andrew L. Porter
Matthew J. Laroche
Nicole D. Valente
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com
MLaroche@milbank.com
NValente@milbank.com

Joshua B. Sterling (pro hac vice)
William E. Havemann (pro hac vice)
**Milbank LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
JSterling@milbank.com
WHavemann@milbank.com

*Attorneys for Plaintiff*