UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALSHIEX LLC,

                            Plaintiff,

            -against-

ROBERT WILLIAMS, in his official capacity as
Executive Director of the New York State
Gaming Commission; BRIAN O'DWYER, in his
official capacity as Chair and Commissioner of
the New York State Gaming Commission; JOHN
A. CROTTY, in his official capacity as
Commissioner of the New York State Gaming
Commission; SYLVIA B. HAMER, in her
official capacity as Commissioner of the New
York State Gaming Commission; MARTIN J.
MACK, in his official capacity as Commissioner
of the New York State Gaming Commission;
PETER J. MOSCHETTI, JR., in his official
capacity as Vice Chair and Commissioner of the
New York State Gaming Commission;
MARISSA SHORENSTEIN, in her official
capacity as Commissioner of the New York State
Gaming Commission; JERRY SKURNIK, in his
official capacity as Commissioner of the New
York State Gaming Commission,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/2026

25 Civ. 8846 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 15, 2026, Plaintiff, KalshiEX LLC ("Kalshi"), submitted a letter motion for an

emergency injunction pending appeal from the Court's Opinion and Order denying Kalshi's

motion for a preliminary injunction. *See* ECF No. 110. Pursuant Rule III(A)(ii) of the

undersigned's Individual Practices in Civil Cases, Defendants shall submit an opposition letter

by **July 22, 2026**.

2

SO ORDERED.

Dated: July 16, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge

2